UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SOPHIA SCHIRALLI,

Plaintiff,

v.

AUDIOCHUCK, LLC,

Defendant.

Case No. 26-cv-13979

Honorable Robert J. White

**JUDGMENT**

The Court has dismissed the complaint without prejudice.

Accordingly,

IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for defendant and against plaintiff. Costs to be permitted in accordance with law.

KINIKIA D. ESSIX
CLERK OF COURT

By: s/Tara Villereal
Deputy Clerk

November 19, 2026

Approved: s/Robert J. White
Robert J. White
United States District Judge